UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICK MCLELLAN,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:12-cv-00391-MMD-WGC<br><br>ORDER |

The Court previously denied summary judgment on Plaintiff's remaining First Amendment retaliation claims against Defendants Tony Almaraz, Chris Perry and Jarold Hafen. (ECF No. 119.) The Ninth Circuit Court of Appeals reversed, finding that Defendants are entitled to qualified immunity. (ECF No. 130.) Accordingly, the Court vacates the part of its order denying summary judgment (ECF No. 119) to Defendants and grants summary judgment to Defendants based on qualified immunity. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

DATED THIS 2nd day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE